# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:  
   Boyt Johnson, Jr.,  
          Debtor.  
_____/

Case No.: 17-32807  
Chapter 7  
Hon. Daniel S. Opperman

## OBJECTION TO PROOF OF CLAIM

**NOW COMES** Boyt Woodson Johnson, Jr., Debtor herein, by and through his attorney, Law Offices of David W. Brown, PLLC, by David W. Brown, and hereby objects to INTERNAL REVENUE SERVICE's Proof of Claim, Claim 4 as stated below:

1. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on December 12, 2017 in the Eastern District of Michigan.
2. Creditor, INTERNAL REVENUE SERVICE, filed a proof of claim in the amount of $71,926.34 for Civil Pen tax or the Trust Fund Recovery Penalty.
3. Debtor states that Internal Revenue Service did not make determination of the Trust Fund liability. Creditor did not provide information regarding which taxes and the amounts that were not submitted. Debtor states he did not receive a CP15B notice regarding the Trust Fund Recovery Penalty.
4. Debtor objects to the claim as he is not the responsible party pursuant to:

   **IRS.gov, Notice 784 (rev. 3-2016) Catalog Number 63994X**
   "Any person who had responsibility for certain aspects of the business and financial affairs of the employer (or business) may be a responsible person. A responsible person may be an officer or employee of a corporation, or a partner or employee of a partnership. This category may include accountants, trustees in bankruptcy, members of a board, banks, insurance companies, or sureties. The responsible person can even be another corporation, a volunteer director/trustee, or employee of a sole proprietorship. Responsible persons may include those who direct or have authority to direct the spending of business funds."

5. Debtor states that he was not responsible for the payroll and did not participate /function in payroll process further Debtor did not own the

packaging company. The financially responsible party's name had been provided to the Internal Revenue Service.

6. On information and belief, the taxing obligations that the Internal Revenue Service seeks to charge him with result from payroll taxes form an entity named B&B Packaging, Inc. An organization owned entirely by his father, Boyt Johnson, Debtor is Boyt Johnson, Jr.

7. Debtor objects to Creditor's claim as it is not applicable to his personal bankruptcy.

**WHEREFORE**, Debtors, Boyt Woodson Johnson, Jr., requests that this Honorable Court deny Creditor's claim in the amount of $71,926.34 and any further just and equitable relief as this Court deems necessary.

Respectfully submitted,
Law Offices of David W. Brown, PLLC

/s/ David W. Brown P58113

_____
David W. Brown P58113
Attorney for Debtor
1820 N. Lapeer Road, Suite 2a
Lapeer, MI  48446
Dated:  810-245-6082
davidbrownlaw@live.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In Re:<br>   Boyt Johnson, Jr.,<br>           Debtor.<br>_____/ | Case No.: 17-32807<br>Chapter 7<br>Hon. Daniel S. Opperman |

### ORDER DENYING CLAIM

This matter having come before the Court on Debtors' Objection to INTERNAL REVENUE SERVICE's Proof of Claim, Claim 4, all interested parties being notified and the Honorable Court being otherwise fully apprised of the premises,

**NOW THEREFORE;**

**IT IS HEREBY ORDERED that Creditor,** INTERNAL REVENUE SERVICE's claim is denied.