B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

**United States Bankruptcy Court**
**Eastern District of Michigan**

| | | | |
|---|---|---|---|
| In re | Boyt Woodson Johnson, Jr. | ) | |
| | Debtor | ) | Case No. 17-32807 |
| Address | 16298 Sunset Way<br>Linden, MI 48451 | ) | Chapter 7 |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): | xxx-xx-9034 | ) | |
| Employer's Tax Identification (EIN) No(s). (if any): | | ) | |

**NOTICE OF OBJECTION TO CLAIM**

Debtor, Boyt Woodson Johnson, Jr., by and through his attorney, David W. Brown P58113, has/have filed an objection to your claim in this bankruptcy case..

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **September 3, 2018**, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

United States Bankruptcy Court
226 W. Second St.
Flint, MI 48502

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Boyt Woodson Johnson, Jr., c/o Law Offices of David W. Brown, PLLC, 1820 N. Lapeer Road, Ste. 2a, Lapeer, MI 48446 (810) 245-6082

Attend the hearing on the objection, scheduled to be held on **September 5, 2018**, at 9:30a.m. in United States Bankruptcy Court, 226 W. Second St., Flint, MI 48502

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | | |
|---|---|---|
| Date **July 31, 2018** | Signature | **/s/ David W. Brown P58113** |
| | Name | **David W. Brown P58113** |
| | Address | **Law Office of David W. Brown PLLC** |
| | | **1820 N. Lapeer Rd., Ste 2A**<br>**Lapeer, MI 48446** |
| | | **810-245-6082** |
| | | **davidbrownlaw@live.com** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

17-32807-dof    Doc 42-1    Filed 07/31/18    Entered 07/31/18 18:03:54    Page 1 of 1