UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

BOYT WOODSON JOHNSON JR.,

      Debtor.
_____/

CASE NO. 17-32807
CHAPTER 7
HON. DANIEL S. OPPERMAN

**TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND
CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f) AND
TRANSFERRING LIENS TO PROCEEDS AND TO REQUIRE
DEBTOR TO COOPERATE DURING SALE**

The Chapter 7 Trustee, by and through her counsel, Collene K. Corcoran, hereby files this Motion to Sell Real Property Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Transferring Liens to Proceeds and to Require Debtor to Cooperate During Sale, for the real estate located at 16298 Sunset Way, Linden, MI 48451. The Debtor owns this property solely in his name, and the property was listed on Schedule A with a value in the amount of $400,000, and liens listed on Schedule D in the amount of $280,827. Initially the parties had agreed to settle the non-exempt equity in the real property, but to date, the Debtor has not paid sufficient funds to pay his creditors in full. In support of the Motion, the Trustee states as follows:

1. On December 12, 2017, the Debtor filed his voluntary Chapter 7 case.

2. Collene K. Corcoran was appointed the Chapter 7 Trustee in this case.

3. On Schedule A, the Debtor listed real estate located at 16298 Sunset Way, Linden, Michigan 48451 (the "Real Property") with a listed value of $400,000.00, having the following legal description:

Property located in the County of Genesee, State of Michigan, described as follows:

Lot 19, Sunset Beach, filed in Plat Liber 22, Page 35, Genesee County Records
Commonly known as 16298 Sunset Way, Linden, MI
Tax Id No. 01-35-502-077

4. The Trustee had her realtor conduct an appraisal, and the value of the Real Property as of February 23, 2018 was between $426,000 and $452,000.

5. The Real Property is owned solely in the Debtor's name.

6. According to the mortgage statements as of January, 2018, the balance owed on the first mortgage is $220,834 and the balance owed on the second mortgage is $33,768 as of April, 2018.

7. Using the value of the Real Property in the amount of $435,000, there is equity in the Real Property in the amount of $123,048 ($180,398 equity, less Debtor's exemption in the amount of $57,350.00).

8. The parties had attempted to settle the non-exempt equity issue in this case, but to date, the Debtor has only paid the estate the sum of $20,000, which is insufficient to pay the creditors in full, and not as much as the creditors would receive if the Real Property were to be sold by the estate.

9. The Trustee would like to list the Real Property for sale, but needs the cooperation of the Debtor and the non-owner that resides on the Property.

10. The Trustee has waited 10 months for the Debtor to pay the estate, but the Trustee was informed that the Debtor does not have any other funds to do so.

11. The Real Property is property of the estate pursuant to 11 U.S.C. §541.

12. Pursuant to 11 U.S.C. §363, the Trustee is authorized to sell property of the estate free and clear of liens, provided that the liens are paid, which the Trustee will do upon consummation of a sale.

13. The Trustee desires to list the Real Property for sale with a broker, and to pay the mortgages in full at closing and to pay the Debtor's allowed exemption from the funds in the estate.

14. The Trustee needs to cooperation of the Debtor during the listing period since the Debtor and his non-debtor spouse reside at the Real Property.

15. Although the Debtor has objected to 2 claims, which claim exemptions are pending, there is still insufficient funds in the estate to pay all creditors in full, and the Trustee is required to sell the Real Property.

16. Pursuant to 11 U.S.C. §521(a)(3), the Debtor is required to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title."

17. The Trustee believes the sale of the Real Property is in the best interests of creditors as this will provide payment to creditors in full.

WHEREFORE, the Chapter 7 Trustee, Collene K. Corcoran, respectfully requests that this Court enter an Order authorizing the Trustee to list and sell the real property and to require the Debtor to cooperate during the sale.

Respectfully submitted,

Dated: October 30, 2018

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

IN RE:

**BOYT WOODSON JOHNSON JR.,**

          Debtor.

_____/

**CASE NO. 17-32807
CHAPTER 7
HON. DANIEL S. OPPERMAN**

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(f) AND TRANSFERRING LIENS TO PROCEEDS AND TO REQUIRE DEBTOR TO COOPERATE DURING SALE**

This matter having come before the Court on the Trustee's Motion to Sell Real Property of the Debtor Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Transferring Liens to Proceeds and there being no objection to the Motion or all objections being resolved;

**IT IS ORDERED** that the Trustee is authorized to sell the real property located at 16298 Sunset Way, Linden, Michigan 48451 (the "Real Property"), free and Clear of All Liens pursuant to 11 U.S.C. §363(f), said property legally described as follows:

Property located in the County of Genesee, State of Michigan, described as follows:

Lot 19, Sunset Beach, filed in Plat Liber 22, Page 35, Genesee County Records
Commonly known as 16298 Sunset Way, Linden, MI
Tax Id No. 01-35-502-077

**IT IS FURTHER ORDERED** that the sale is "AS IS,' with no warranties provided except as to title, and the Trustee shall provide a Trustee's Deed to the buyer at closing.

**IT IS FURTHER ORDERED** that the valid mortgage liens shall be paid in full at closing.

**IT IS FURTHER ORDERED** that the Debtor, Boyt Woodson Johnson, Jr., shall cooperate with the Trustee during the listing and sale of the Real Property.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

**BOYT WOODSON JOHNSON JR.,**

**CASE NO. 17-32807
CHAPTER 7
HON. DANIEL S. OPPERMAN**

**Debtor.**
_____/

Debtor's address: 16298 Sunset Way, Linden, MI 48451
Last 4 digits of SSN: xxxx 9034

**NOTICE OF TIME TO RESPOND TO
TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO
11 U.S.C. §363(f) AND TRANSFERRING LIENS TO PROCEEDS AND TO REQUIRE DEBTOR
TO COOPERATE DURING SALE**

The Chapter 7 Trustee, Collene K. Corcoran, has filed papers with the Court to sell the debtor's real property located at 16298 Sunset Way, Linden, MI 48451, free and clear of liens, with all liens to attach to the proceeds of the sale, except for the mortgages which will be paid in full at closing. The sale will be a cash sale, with no warranties or representations of any kind, except as to title. The Trustee also is requesting that the Court order the Debtor to cooperate with the Trustee during the listing and sale of the Real Property. The Trustee believes that there should be sufficient funds to pay all creditors in full if the Real Property is sold. The Trustee believes this sale is in the best interest of creditors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to authorize the Trustee's Motion to Sell Real Property Free and Clear of Liens, or if you want the Court to consider your views on the motion, **within 21 days after service of this Notice**, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court
226 West Second Street
Flint, MI 48502**

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.
You must also mail a copy to:
**Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an order granting the relief.**

Dated: October 30, 2018

Respectfully submitted,

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

IN RE:

BOYT WOODSON JOHNSON JR.,

                Debtor.
_____/

CASE NO. 17-32807
CHAPTER 7
HON. DANIEL S. OPPERMAN

## PROOF OF SERVICE

I certify that on October 30, 2018, I electronically filed the **TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND TRANSFERRING LIENS TO PROCEEDS, PROPOSED ORDER, NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO SELL REAL ESTATE OF DEBTOR AND PROOF OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following**:**

Office of the United States Trustee
paul.randel@usdoj.gov

David W. Brown
davidbrownlaw@live.com

and I hereby certify that on October 30, 2018, I have mailed by U.S. Postal Service the **NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO SELL REAL ESTATE** to the following parties:

all those on the attached matrix
via first class US mail, postage prepaid.

                                          /s/ Collene K. Corcoran
                                          Collene K. Corcoran (P41500)
                                          PO Box 535
                                          Oxford, MI  48371
                                          (248) 969-9300
                                          trusteecorcoran@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 17-32807-dof<br>Eastern District of Michigan<br>Flint<br>Tue Oct 30 15:59:26 EDT 2018 | First Independence Bank<br>7310 Woodward Ave, Ste 101<br>Detroit, MI 48202-3165 | 67-A Judicial District Court<br>17100 Silver Parkway, Ste. C<br>Case No.:C17D1672-GC<br>Fenton, MI 48430-3468 |
| Boyt Johnson, Sr.<br>487 Front Street<br>Boyne City, MI 49712-1615 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Home Finance<br>Attn: Bankruptcy Department<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Equifax Credit Information Services<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian National Consumer Assist. Ctr<br>PO Box 4500<br>Allen, TX 75013-1311 | First Independence Bank<br>c/o Joel Grand, Esq<br>Grand & Grand, PLLC<br>31731 Northwestern Highway, Suite 115<br>Farmington, MI 48334-1654 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Infiniti Financial Services<br>P.O. Box 660360<br>Dallas, TX 75266-0360 | Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>POB 30168<br>Lansing, MI 48909-7668 |
| Rochelle & Thomas Wiswell<br>8425 Bray<br>Mount Morris, MI 48458-8987 | State of Michigan<br>Department of Treasury<br>PO Box 30158<br>Lansing, MI 48909-7658 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| TransUnion LLC<br>Consumer Solutions<br>PO Box 2000<br>Crum Lynne, PA 19022-2000 | Boyt Woodson Johnson Jr.<br>16298 Sunset Way<br>Linden, MI 48451-9639 | Collene Corcoran<br>P. O. Box 535<br>Oxford, MI 48371-0535 |
| Collene K. Corcoran<br>P.O. Box 535<br>Oxford, MI 48371-0535 | David W. Brown<br>1820 N. Lapeer Road, Suite 2A<br>Lapeer, MI 48446-7663 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
PO Box 802501
Cincinnati, OH 45280

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association    (u)United States of America    (u)Sada NcNiel

**End of Label Matrix**
**Mailable recipients**     22
**Bypassed recipients**      3
**Total**                   25