**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

In Re:

Boyt Woodson Johnson, Jr.

        Debtor.
_____/

Case No.: 17-32807
Chapter 7
Hon. Joel D. Applebaum

## ORDER ADJOURNING HEARING REGARDING DEBTOR'S OBJECTION TO THE CLAIM OF FIRST INDEPENDENCE BANK

This matter having come before this Court on the Stipulation to Entry of Adjournment of hearing for Debtor's Objection to the claim of First Independence Bank; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the hearing for Debtor's Objection to Claim of First Independence Bank shall be adjourned from August 21, 2019 to September 25, 2019 at 1:30 p.m.

**Signed on August 20, 2019**

/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge