**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

| | |
|---|---|
| In Re:<br>Boyt Johnson, Jr.,<br><br>        Debtor(s).<br>_____/ | Case No.: 17-32807<br>Chapter 7<br>Hon. Joel D. Applebaum |

## **NOTICE OF WITHDRAWAL**

NOW COMES the Debtor, BoytJohnson, Jr., by and through his attorney, David W. Brown P58113, of Law Offices of David W. Brown, PLLC, and hereby requests that the <u>Objection to Proof of Claim</u> filed on <u>July 31, 2018</u>, Docket #<u>42</u>, be withdrawn.

                                                  Respectfully submitted,

                                                  <u>/s/David W. Brown P58113</u>
                                                  David W. Brown P58113
                                                  Attorney for Debtor
                                                  Law Offices of David W. Brown
                                                  1820 N. Lapeer Road, Suite 2a
                                                  Lapeer, MI  48446
                                                  (810) 245-6082
Dated:  January 29, 2020          davidbrownlaw@live.com